UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DIANA LEWIS AND BRIAN LEWIS

VERSUS                                               CIVIL ACTION

BATON ROUGE POLICE                                   NUMBER 08-700-FJP-CN
DEPARTMENT, ET AL

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the claims of plaintiffs, Diana Lewis and Brian Lewis, shall be DISMISSED, with prejudice, pursuant to 28 U.S.C. §1915.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, January 15, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45737