UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DIANA LEWIS AND BRIAN LEWIS

VERSUS                                          CIVIL ACTION

BATON ROUGE POLICE                              NUMBER 08-700-FJP-CN
DEPARTMENT, ET AL

### J U D G M E N T

For the written reasons assigned:

IT IS ORDERED AND ADJUDGED that judgment shall be entered, dismissing the claims of plaintiffs, Diana Lewis and Brian Lewis, with prejudice, pursuant to 28 U.S.C. §1915.

Baton Rouge, Louisiana, January 15, 2009.

*[signature]*

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45737